UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE BARRERA,<br><br>           Petitioner,<br><br>      v.<br><br>W.L. MUNIZ, Warden,<br><br>           Respondent. | No.  2:14-cv-2260 JAM KJN P (TEMP)<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In accordance with this court's order issued on January 6, 2016, petitioner has filed a second amended petition containing all of his exhausted claims.  Under the circumstances of this case, the court will deny petitioner's motion for a stay and abeyance as having been rendered moot and will direct counsel for respondent to file a response to the second amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a stay and abeyance (Doc. No. 22) is denied as having been rendered moot;

2. Respondent is directed to file a response to petitioner's second amended habeas petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An

/////

1

answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

    3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

    4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated: February 19, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

barr2260.resp