UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE BARRERA, | No. 2:14-cv-2260 JAM DB P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, Warden, | |
| Respondent. | |

Petitioner filed an August 10, 2016 request for an extension of time to file a traverse. By order dated August 8, 2016, the court granted petitioner's previous request, dated July 25. Accordingly, the most recent request (ECF No. 39) is denied as moot.

    IT IS SO ORDERED.

DATED: August 26, 2016        /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/barr2260.eot moot

1