UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE BARRERA, | No. 2:14-cv-2260 JAM DB P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner seeks to file a traverse beyond a 25-page limit.  Court rules do not limit a traverse to 25 pages and the court is not aware that such a limitation was ordered in this case.

Accordingly, petitioner's August 30, 2016 motion (ECF No. 41) is denied as unnecessary. Petitioner's traverse is acceptable in its current format.

DATED: January 26, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/barr2260.trv

1