1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ENRIQUE BARRERA,                      No.  2:14-cv-2260 JAM DB P

12              Petitioner,

13      v.                                ORDER

14  W.L. MUNIZ,

15              Respondent.

16

17          Petitioner has requested an extension of time to file and serve objections to the June 27,

18  2017 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Petitioner's motion for an extension of time (ECF No. 46) is granted; and

20          2.  Petitioner shall file and serve his objections within thirty days from the filed date of

21  this order.

22  DATED:  July 11, 2017

23

24

25                                        /s/  DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28  DLB:9
    DLB1/prisoner-habeas/barr2260.111(4)