UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE BARRERA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>W. L. MUNIZ,<br><br>　　　　　　Respondent. | No. 2:14-cv-2260 JAM DB P<br><br><br>ORDER |

Petitioner has filed his second request for an extension of time to file objections to the findings and recommendations pursuant to the court's order of December 20, 2017. Good cause appearing, the request will be granted. However, petitioner is warned that absent extraordinary circumstances, no further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 60) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file objections to the findings and recommendations. No further extensions of time will be granted.

Dated: January 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DBL:12
DLB1/Orders/Prisoner-Habeas/barr2260.111.sec